Melanie Gavisk, Colorado State Bar No. 41380
Assistant Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
(307) 772-2781
melanie.gavisk@fd.org

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUADALUPE HERNANDEZ, JR., <br><br> Defendant. | Case No. 19-CR-195-S |

## UNOPPOSED MOTION TO CONTINUE MOTIONS DEADLINE

Defendant Guadalupe Hernandez, Jr. asks this Court to extend the motions deadline for seven days, until December 24, 2019. Undersigned counsel needs additional time to determine whether there is a meritorious suppression motion. Counsel for the Government does not oppose this request.

Mr. Hernandez was indicted for felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). He was arraigned on those charges on December 2, 2019. The Government's discovery deadline is December 16, 2019, and Mr. Hernandez's motions are currently due on December 17, 2019. A single day does not provide sufficient time for undersigned counsel to review the discovery and

prepare a motion.

An additional week will provide counsel sufficient time to review the discovery once it is provided and prepare any motions warranted by the evidence. Accordingly, Mr. Hernandez asks this Court to grant him a seven-day extension of time of the motions deadline.

DATED this 11th day of December 2019.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Melanie Gavisk*
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 11th day of December 2019 upon the following by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

*/s/ Melanie Gavisk*