Melanie E. Gavisk, Colorado State Bar No. 41380
Assistant Federal Public Defender
214 W. Lincolnway Ste. 31A
Cheyenne WY 82001
307-772-2781
melanie.gavisk@fd.org

Jonathan C. Coppom, Wyoming State Bar No. 7-5548
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
jonathan.coppom@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GUADALUPE HERNANDEZ, JR.,<br><br>        Defendant. | DOCKET 19-CR-195-S |

## JOINT STATUS REPORT

Guadalupe Hernandez, Jr., through his attorney, Assistant Federal Public Defender Melanie Gavisk, and the Government, through Assistant United States Attorney Jonathan Coppom, submit the following status report pursuant to this Court's Order. (ECF No. 26.) The parties inform the Court:

1.    Mr. Hernandez was indicted for felon in possession of a firearm in violation of 18 U.S.C. §922(g)(1) and 924 (a)(2) and arraigned that charge on

December 2, 2019. Consistent with this Court's scheduling order, the Government timely provided Mr. Hernandez with discovery on December 16, 2019. Trial is set for January 21, 2020.

2.  The parties have discussed a plea in this case, and they anticipate reaching a plea agreement soon. The parties do not anticipate this case going to trial.

3.  Accordingly, on or before January 14, 2020, the parties will file a written plea agreement and request a date for a change of plea hearing. In the unlikely event the parties cannot reach an agreement before then, the parties are ready to proceed to trial.

DATED this 6th day of January 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Melanie Gavisk*
Assistant Federal Public Defender

MARK KLAASEN
United States Attorney

*/s/ Jonathan C. Coppom*
Jonathan C. Coppom
Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing was served on the 6th day of January 2020 upon the following by:

☐ e-mail
☐ hand delivery to USAO court box
☐ fax
☐ mail, postage paid
☒ electronic filing

                                                     */s/ Melanie Gavisk*